## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| CHERI CLARKE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AVEDA CORPORATION, <br><br> Defendant. | Case No. 1:21-cv-04185 <br> District Judge Charles R. Norgle Sr. <br> Magistrate Judge Jeffrey Cole |

## AVEDA CORPORATION'S MOTION TO DISMISS OR STAY

Defendant Aveda Corporation ("Aveda"), by its attorneys Hunton Andrews Kurth LLP, respectfully moves to dismiss Plaintiffs' Complaint pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, or in the alternative, to stay these proceedings. In support of this motion, Aveda states as follows:

1.      Plaintiffs filed a lawsuit asserting two claims under the Illinois Biometric Information Privacy Act in the Circuit Court of Cook County, Illinois, County Department, Chancery Division on July 1, 2021.

2.      Aveda timely removed this matter to the Northern District of Illinois on August 5, 2021. Dkt. 1. Pursuant to Rule 81, Aveda's deadline to answer or otherwise respond to the Complaint ("responsive pleading deadline") was August 12, 2021. Fed. R. Civ. P. 81(c)(2)(C). Aveda's responsive pleading deadline was extended 90 days by consent to November 10, 2021, (Dkt. 11), and another 30 days by consent to December 10, 2021. Dkt. 13.

3.      Aveda moves to dismiss the Complaint on two bases. First, Plaintiffs agreed to arbitrate all claims arising out of their use of Aveda's services; thus, the Complaint should be dismissed in favor of arbitration pursuant to Rule 12(b)(3). Second, Plaintiffs' Complaint fails to

state a claim, which compels dismissal pursuant to Rule 12(b)(6).  Moreover, any dismissal should be with prejudice, as amendment would be futile.

4.      In the alternative, this matter should be stayed pending resolution of two appeals that will impact the scope of this case: *Cothron v. White Castle Sys., Inc.*, No. 20-3202, Dkt. No. 64 (7th Cir. July 27, 2021) and *Marion v. Ring Containers Techs., LLC*, Case No. 20-0184 (Ill App. Ct. 3d Dist.)

5.      Aveda submits a Memorandum in Support of this Motion to Dismiss, which is being filed contemporaneously herewith and is incorporated by reference into this Motion.

**WHEREFORE** Defendant Aveda Corporation respectfully requests that this Court enter an Order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(3) or 12(b)(6) with prejudice, or in the alternative, stay the matter, and award Aveda any other additional relief this Court deems appropriate.

Dated: December 10, 2021

Respectfully Submitted,

*/s/ Torsten M. Kracht*
Torsten M. Kracht
N.D. Ill. Bar No. 501905
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
(202) 419-2149

***Attorneys for Aveda Corporation***

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 10, 2021, I filed the foregoing through the Court's CM/ECF system, which provided simultaneous service to all counsel of record.

Dated: December 10, 2021              Respectfully Submitted,

<u>*/s/ Torsten M. Kracht*</u>
Torsten M. Kracht
N.D. Ill. Bar No. 501905
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
(202) 419-2149

***Attorneys for Aveda Corporation***