# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cheri Clarke, et al.

      Plaintiff,

v.           Case No.: 1:21−cv−04185

           Honorable Charles R. Norgle Sr.

Aveda Corporation

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2021:

   MINUTE entry before the Honorable Charles R. Norgle: Aveda Corporation's Motion to Dismiss or Stay [15] is granted in the alternative. The case is stayed. Agreed written status report due on 2/22/2022. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.