UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERI CLARKE; JAY VYAS; and BRITTANY FERGUSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AVEDA CORPORATION,<br><br>    Defendant. | Case No. 1:21-cv-04185<br><br>Hon. Mary M. Rowland |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT TO APRIL 24, 2023**

Defendant Aveda Corporation ("Aveda"), by and through its undersigned counsel, respectfully moves this Court for an extension of the deadline to answer or otherwise respond to the Complaint from March 27, 2023 to April 24, 2023. In support of this motion, Aveda states as follows:

1. On July 1, 2021, Plaintiffs Cheri Clarke, Jay Vyas, and Brittany Ferguson (collectively, "Plaintiffs") filed a putative class action complaint ("Complaint") against Aveda in the Circuit Court of Cook County, Illinois, asserting three claims under the Illinois Biometric Information Privacy Act ("BIPA"). (ECF No. 3-1.)

2. On August 5, 2021, Aveda removed this matter to the United States District Court for the Northern District of Illinois. (ECF Nos. 1 & 3.)

3. On December 10, 2021, Aveda moved to dismiss the Complaint or, in the alternative, to stay this matter pending resolution of another BIPA-related case: *Cothron v. White Castle System, Inc.*, No. 20-3202 (7th Cir.), which subsequently certified a question to the Illinois Supreme Court. (ECF No. 15.)

4.   On December 14, 2021, the Court granted Aveda's motion in the alternative and stayed this matter. (ECF No. 16.)

5.   On March 2, 2023, after the Illinois Supreme Court's decision in *Cothron* on February 17, 2023, the Court lifted the stay on this matter and set March 27, 2023 as Aveda's deadline to answer or otherwise respond to the Complaint. (ECF No. 22.)

6.   Aveda requests an extension of the deadline to answer or otherwise respond to the Complaint to April 24, 2023 because, among other things, Aveda recently retained the undersigned as counsel in this matter.

7.   On March 20, 2023, Aveda's counsel conferred via email with Plaintiffs' counsel regarding the proposed extension, and Plaintiffs' counsel agreed to the requested extension of Aveda's responsive pleading deadline. Accordingly, Plaintiffs will not be prejudiced by this short extension.

8.   Aveda thus respectfully requests that this Court grant this unopposed motion and extend Aveda's responsive pleading deadline to April 24, 2023. Aveda makes this request in good faith and not for the purpose of improper delay.

WHEREFORE, Aveda respectfully requests that this Court extend the deadline to answer or otherwise respond to the Complaint to April 24, 2023 and grant such other and further relief as the Court deems just and proper.

Dated: March 21, 2023

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Gregory E. Ostfeld*
    Gregory E. Ostfeld
    Christopher A. Mair
    77 West Wacker Drive, Suite 3100
    Chicago, Illinois 60601
    (312) 456-8400
    ostfeldg@gtlaw.com
    mairc@gtlaw.com

    Sylvia E. Simson
    (*pro hac vice forthcoming*)
    Daniel I.A. Smulian
    (*pro hac vice forthcoming*)
    One Vanderbilt Avenue
    New York, New York 10017
    (212) 801-9200
    sylvia.simson@gtlaw.com
    smuliand@gtlaw.com

*Attorneys for Defendant Aveda Corporation*