**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHERI CLARKE, JAY VYAS, and BRITTANY FERGUSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>AVEDA CORPORATION,<br><br>        Defendant. | Case No. 1:21-cv-04185<br><br>Hon. Mary M. Rowland |

**JOINT NOTICE OF POTENTIAL SETTLEMENT
AND MOTION TO STAY CASE DEADLINES**

Plaintiffs Cheri Clarke, Jay Vyas, and Brittany Ferguson ("Plaintiffs") and Defendant Aveda Corporation ("Aveda") (together, the "Parties") jointly notify the Court that they anticipate reaching an agreement to settle the above-captioned action. The Parties have largely agreed in principle to settlement terms and are working on final written terms and approval of all Parties.

To allow the Parties time to finalize the terms of their potential settlement as to Plaintiffs' individual claims in a written confidential agreement and to then file a joint stipulation of dismissal with prejudice, the Parties respectfully request that the Court stay all case deadlines until September 2, 2024.

Dated: July 1, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | GREENBERG TRAURIG, LLP |
| By: /s/ Gary M. Klinger<br>Gary M. Klinger<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>(866) 252-0878<br>gklinger@milberg.com | By: /s/ Gregory E. Ostfeld<br>Gregory E. Ostfeld<br>77 West Wacker Drive, Suite 3100<br>Chicago, Illinois 60601<br>(312) 456-8400<br>ostfeldg@gtlaw.com |
| PEIFFER WOLF CARR KANE & CONWAY, LLP | Sylvia E. Simson (*pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 801-9200<br>sylvia.simson@gtlaw.com |
| Brandon M. Wise<br>818 Lafayette Avenue, Floor 2<br>St. Louis, Missouri 63104<br>(314) 833-4824<br>bwise@peifferwolf.com | *Attorneys for Defendant Aveda Corporation* |

FREED KANNER LONDON & MILLEN LLC

Jonathan M. Jagher
923 Fayette Street
Conshohocken, Pennsylvania 19428
(610) 234-6496
jjagher@fklmlaw.com

Brian Hogan
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
(244) 632-4500
bhogan@fklmlaw.com

CARLSON LYNCH LLP

Katrina Carroll
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
(312) 750-1591
kcarroll@carlsonlynch.com

SIRI & GLIMSTAD LLP

    Mason Barney
    200 Park Avenue, 17th Floor
    New York, New York 10166
    (212) 532-1091
    mbarney@sirillp.com

*Attorneys for Plaintiffs Cheri Clarke, Jay Vyas, and Brittany Ferguson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2024, the foregoing was filed using the Court's CM/ECF system, which provides notice of such filing to all counsel of record in this action.

/s/ Gregory E. Ostfeld
Gregory E. Ostfeld