# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cheri Clarke, et al.

                    Plaintiff,

v.                                        Case No.: 1:21−cv−04185
                                                    Honorable Mary M. Rowland

Aveda Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants the parties' joint motion to stay case deadlines until 9/2/24. [56]. The parties report they have agreed on a settlement and are working on final settlement terms to be approved by all parties. The parties are to file a joint stipulation of dismissal or a status report on settlement by 9/2/24. The pending motion to dismiss [49] is denied without prejudice as moot. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.