UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERI CLARKE, JAY VYAS, and BRITTANY FERGUSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AVEDA CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:21-cv-04185<br><br>Hon. Mary M. Rowland |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

　　IT IS HEREBY STIPULATED by and between Plaintiffs Cheri Clarke, Jay Vyas, and Brittany Ferguson and Defendant Aveda Corporation, through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims asserted in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 8, 2024

Respectfully submitted,

PEIFFER WOLF CARR KANE CONWAY & WISE LLP

By: */s/ Brandon M. Wise*
    Brandon M. Wise
    One US Bank Plaza, Suite 1950
    St. Louis, Missouri 63101
    (314) 833-4824
    bwise@peifferwolf.com

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
  Gary M. Klinger
  227 W. Monroe Street, Suite 2100
  Chicago, Illinois 60606
  (866) 252-0878
  gklinger@milberg.com

FREED KANNER LONDON & MILLEN LLC
  Jonathan M. Jagher
  923 Fayette Street
  Conshohocken, Pennsylvania 19428
  (610) 234-6496
  jjagher@fklmlaw.com

LYNCH CARPENTER LLP
  Katrina Carroll
  111 W. Washington Street, Suite 1240
  Chicago, Illinois 60602
  (312) 750-1591
  kcarroll@carlsonlynch.com

SIRI & GLIMSTAD LLP
  Mason Barney
  200 Park Avenue, 17th Floor
  New York, New York 10166
  (212) 532-1091
  mbarney@sirillp.com

*Attorneys for Plaintiffs Cheri Clarke, Jay Vyas, and Brittany Ferguson*

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Gregory E. Ostfeld (w/consent)*
    Gregory E. Ostfeld
    77 West Wacker Drive, Suite 3100
    Chicago, Illinois 60601
    (312) 456-8400
    ostfeldg@gtlaw.com

    Sylvia E. Simson (*pro hac vice*)
    One Vanderbilt Avenue
    New York, New York 10017
    (212) 801-9200
    sylvia.simson@gtlaw.com

*Attorneys for Defendant Aveda Corporation*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the Court's e-filing system, which will send notice and allow access to all parties and counsel who have entered their appearance in this matter.

*/s/ Brandon M. Wise*